UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY P. BERTELSEN and AMY L. BERTELSEN, husband and wife, and the marital comunity comprised thereof; BERTELSEN FOOD & GAS, INC., a Washington corporation; and DR. RICHARD BERTELSEN and JANIS JO BERTELSEN, husband and wife, and the marital community comprised thereof,<br><br>        Plaintiffs,<br><br>  -vs-<br><br>ROGER K. HARRIS; ROGER K. HARRIS, PC, an Oregon Professional Services Corporation; HARRIS BERNE CHRISTENSEN, LLP, an Oregon Limited Liability Partnership; and RONALD E. McPHERSON,<br><br>        Defendants. | NO.  CV-04-5135-LRS<br><br>ORDER GRANTING WITHDRAWAL OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE BREACH OF FIDUCIARY DUTY CLAIMS OF PLAINTIFFS JEFFREY P. BERTELSEN AND AMY L. BERTELSEN AND DR. RICHARD BERTELSEN AND JANIS JO BERTELSEN |

     Defendants' Motion to Withdrawal (sic) Motions for Partial Summary Judgement Re: the Breach of Fiduciary Duty Claims of Jeff and Amy Bertelsen and Dr. (sic) and Janis Jo Bertelsen (Ct. Rec. 42) is hereby **GRANTED** and approved.

///

///

ORDER - 1

1  The District Court Executive is directed to file this Order and
2  provide copies to counsel.
3     **DATED** this 24th day of May, 2006.

                                    *s/Lonny R. Suko*

                                    LONNY R. SUKO
                              UNITED STATES DISTRICT JUDGE

ORDER - 2