UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY P. BERTELSEN and AMY L. BERTELSEN, husband and wife, and the marital comunity comprised thereof; BERTELSEN FOOD & GAS, INC., a Washington corporation; and DR. RICHARD BERTELSEN and JANIS JO BERTELSEN, husband and wife, and the marital community comprised thereof,<br><br>        Plaintiffs,<br><br>  -vs-<br><br>ROGER K. HARRIS; ROGER K. HARRIS, PC, an Oregon Professional Services Corporation; HARRIS BERNE CHRISTENSEN, LLP, an Oregon Limited Liability Partnership; and RONALD E. McPHERSON,<br><br>        Defendants. | NO. CV-04-5135-LRS<br><br>**ORDER ON MOTIONS PENDING AS OF JUNE 21, 2006** |

**BEFORE THE COURT** are six motions filed by Plaintiffs and Defendants in this case. On June 21, 2006, the Court held a hearing, heard argument, and delivered oral rulings on the pending motions. This Order is entered to memorialize and supplement the Court's oral rulings on that day, which are incorporated herein by reference. For the reasons stated on the record on June 21, 2006,

///

ORDER ON MOTIONS PENDING AS OF JUNE 21, 2006 - 1

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Partial Summary Judgment (**Ct. Rec. 63**) is **DENIED**, as there are genuine issues of material fact, which preclude summary judgment at this juncture. However, this Court has serious concerns as to whether Plaintiffs' claims are barred by the statute of limitations. *See Janiki Log and Const. Co v. Schwabe, Williamson and Wyatt,* 109 Wn.App. 655 (2001). The issue is left for trial when a full record will be developed.

2. Defendant's Motion for Summary Judgment Re: Jeff and Amy Bertlesen's Fiduciary Duty Claims (**Ct. Rec. 47**) is **DENIED** as genuine issues of material fact preclude summary judgment.

3. For the reasons stated on the record, Defendant's Motion to Dismiss Dr. and Mrs. Bertlesen's Claims (**Ct. Rec. 54)** is **DENIED**.

4. Defendant's Motion to Dismiss Plaintiffs' Consumer Protection Claims (**Ct. Rec. 43**) is **DENIED,** as genuine issues of material fact preclude summary judgment at this juncture. However, it appears that Plaintiffs Amy and Jeff Bertlesen may not be able to maintain a consumer protection claim as they may not be able to satisfy the five elements. See *Burbo v. Harley C. Douglass, Inc.,* 125 Wash.App. 684, 699-700 (2005).

To the extent Plaintiffs are asserting Washington State Consumer Protection Act claims on behalf of Richard Bertlesen and Janis Jo Bertelsen, Defendant's Motion for Summary Judgment is **GRANTED**.

5. Defendant's Motion to Strike the Declaration of John Strait (**Ct. Rec. 74**) is **DENIED.** However, the Court only considered those portions of the declaration that were admissible and properly before this Court.

///

6.  Plaintiffs' Motion to Add Trustee as Party Plaintiff (**Ct. Rec. 79**) is **DENIED**.  The deadline for joining additional parties has passed.

**IT IS ORDERED.**

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 28th day of June, 2006.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

Order-3